**MLG AUTOMOTIVE LAW**
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
M. Todd Ratay, Esq. – State Bar No. 241299
Kristen Rodriguez, Esq. – State Bar No. 289668
151 Kalmus Drive, Suite A-102
Costa Mesa, CA 92626
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@mlgautomotivelaw.com)
(tratay@mlgautomotivelaw.com)
(krodriguez@mlgautomotivelaw.com)

Attorneys for Plaintiff,
Mehvish ("Mona") Shaikh

**BOWMAN AND BROOKE LLP**
Brian Takahashi, Esq. – State Bar No. 146505
Richard L. Stuhlbarg, Esq. – State Bar No. 180631
Theodore Dorenkamp III, Esq. – State Bar No. 277004
Autumn E. Lewis, Esq. – State Bar No. 295584
970 West 190th Street, Suite 700
Torrance, CA 90502
Telephone: (310) 768-3068
Facsimile: (310) 719-1019

Attorneys for Defendant,
BMW of North America, LLC

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MEHVISH ("MONA") SHAIKH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 8:17-cv-00630-JVS (DFMx)<br><br>Assigned for All Purposes To:<br>Hon. James V. Selna<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, having considered the Stipulation to Dismiss Entire Action with Prejudice submitted by Plaintiff Mehvish "Mona" Shaikh and Defendant BMW of North America, LLC, that this matter may be dismissed in its entirety with prejudice as to any and all claims and causes of action which were or might have been alleged therein against BMW NA, without further cost to the parties, and with each party responsible for its own costs, expenses and attorneys' fees.

Accordingly, this case is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: November 08, 2017

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE